UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| AmeriGas Propane, L.P., | ) | C/A No. 4:13-345-MGL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Shamokin Gladden, Forrest McCarthy, | ) | (Dismissal with Prejudice |
| Robert Button, and Michael Miller, | ) | as to Defendant Button Only) |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Consent Motion of Dismissal with Prejudice as to Defendant Robert Button Only. (ECF No. 51.) On July 16, 2013, Plaintiff filed a Motion seeking to have this action dismissed with prejudice as to Defendant Button only. (ECF No. 51, citing Fed.R.Civ.P. 41(a)(2)). Counsel for Defendant Button consented to the Motion, as evidenced by his signature. (ECF No. 51 at 2.) No other party has filed any objection to this Motion.

Therefore, finding the terms agreed to by the parties to be proper, *see* Federal Rule of Civil Procedure 41(a)(2), the court hereby *grants* Plaintiff's Motion (ECF No. 51) and orders this matter be dismissed with prejudice as to Defendant Button only.

IT IS SO ORDERED.

/s/Mary G. Lewis
United States District Judge

August 9, 2013
Florence, South Carolina